AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT



NORTHERN                                        District of    CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>Plaintiff<br><br>V.<br><br>Myles A. Hoover, et al.<br>Defendant. | SUMMONS IN A CIVIL CASE<br><br>CV 07  5759<br>CASE NUMBER:<br><br>JCS |

TO: (Name and address of Defendant)

Myles A. Hoover
1368 Calistoga Road
Santa Rosa, California
(Also see attached list)

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

SCOTT N. SCHOOLS
United States Attorney
THOMAS MOORE
Chief, Tax Division

CYNTHIA STIER, AUSA
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102

an answer to the complaint which is served on you with this summons, within                    20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

RICHARD W. WIEKING                                    NOV 1 4 2007

CLERK                                                 DATE

(By) DEPUTY CLERK

## ATTACHED LIST

Dolores A. Hoover
1368 Calistoga Road
Santa Rosa, California 95409

Dolores A. Hoover & Myles A. Hoover
dba Arctic Refrigeration Co.
1368 Calistoga Road
Santa Rosa, California 95409

Trustee for the Merrill F. Whitlatch & Dorothy E. Whitlatch 1991 Trust
c/o Alliance Title Company, Inc.
8060 Santa Teresa Blvd. 200
Gilroy, CA 95020

Agent for Service of Process:
C T Corporation System
818 West Seventh Street
Los Angeles, CA 90017

Trustee for the Carsin Whitlatch & Bernice A. Whitlatch Trust
c/o Alliance Title Company, Inc.
8060 Santa Teresa Blvd. 200
Gilroy, CA 95020

Agent for Service of Process:
C T Corporation System
818 West Seventh Street
Los Angeles, CA 90017

James Wilson
c/o C. Ingrid Larson
101 Sunnyside Drive
Downieville, CA 95931


State of California
Board of Equalization
Executive Director, Ramin Hirsig
450 N Street, MIC: 73
Sacramento, CA 94279-0073

Western Pacific Distributors
1739 Sabre
Hayward, CA 94545

Agent for service of process:
John E. Palm
1739 Sabre
Hayward, CA 94545

Attorney of record:
Joseph M. Starita
736 Ferry Street
Martinez, CA 94553

State of California
Franchise Tax Board
FTB Legal Branch
Attn:   Chief Counsel John Davies
9646 Butterfield Way
Sacramento, CA 95827

State of California
Employment Development Department
Legal Department
Attn:   Legal, MIC: 58
800 Capital Mall
Sacramento, CA 95814

Shiloh Group LLC
930 Shiloh Blvd. Bldg # 44, Suite C
Windsor, CA 95492

Agent for Service of Process:
Brian C. Carter
169 Mason Street, Suite 300
Ukiah, CA 95482

Judgment Assigned for Collection to:
Palmer Systems Inc.
555 South E. Street
Santa Rosa, CA 95404

Agent for Service of Process:
Dan Pfeifer
85 Brookwood, #22
Santa Rosa, CA 95405

Attorney of Record:
Lawrence W. McLaughlin
P.O. Box 1769
Santa Rosa, CA 95402

Allied Refrigeration Inc.
2300 E. 28th Street
Signal Hill, CA 90755

Agent for Service of Process:
C T Corporation System
818 West Seventh Street
Los Angeles, CA 90017

Attorney of Record:
Steven A. Booska
250 Montgomery Street, Suite 720
San Francisco, CA 94104

Sonoma County Treasurer
585 Fiscal Drive, Room 100F
Santa Rosa, CA 95403