SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney
THOMAS MOORE  (ASBN 4305-T78O)
Assistant United States Attorney
Chief, Tax Division
CYNTHIA STIER (DCBN 423256)
Assistant United States Attorney
  9th Floor Federal Building
  450 Golden Gate Avenue, Box 36055
  San Francisco, California 94102
  Telephone: (415) 436-7000

Attorneys for the United States of America

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | )<br>) No. 07-05759-MJJ<br>) |
| **Plaintiff,** | ) |
| v. | )<br>)<br>) **NOTICE OF BANKRUPTCY** |
| **MYLES A. HOOVER; DOLORES A. HOOVER; and MYLES A. HOOVER and DOLORES A. HOOVER d/b/a/ ARCTIC REFRIGERATION CO.; TRUSTEE FOR MERRILL F. WHITLATCH & DOROTHY E. WHITLATCH 1991 TRUST; TRUSTEE FOR THE CARSIN WHITLATCH & BERNICE A. WHITLATCH TRUST; JAMES WILSON; STATE OF CALIFORNIA BOARD OF EQUALIZATION; WESTERN PACIFIC DISTRIBUTORS; STATE OF CALIFORNIA FRANCHISE TAX BOARD; STATE OF CALIFORNIA EMPLOYMENT DEVELOPMENT DEPARTMENT; SHILOH GROUP, LLC; PALMER SYSTEMS, INC.; ALLIED REFRIGERATION, INC., and SONOMA COUNTY TREASURER,** | ) **AUTOMATIC STAY**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| **Defendants.** | ) |

The United States of America notifies the Court that Defendant Myles A. Hoover filed a voluntary bankruptcy petition with the United States Bankruptcy Court for the Northern District of California on December 4, 2007.  The matter was assigned case number 07-11588.

//

1  Accordingly, this matter is stayed pursuant to 11 U.S.C. §362.

                                                Respectfully submitted,

                                                SCOTT SCHOOLS
                                                United States Attorney

Date: December 21, 2007                  /s/ Cynthia Stier
                                                CYNTHIA STIER
                                                Assistant United States Attorney
                                                Tax Division

# CERTIFICATE OF SERVICE

I, **KATHY TAT** declare:

That I am a citizen of the United States of America and employed in San Francisco County, California; that my business address is Office of United States Attorney, 450 Golden Gate Avenue, Box 36055, San Francisco, California 94102; that I am over the age of eighteen years, and am not a party to the above-entitled action.

I am employed by the United States Attorney for the Northern District of California and discretion to be competent to serve papers. The undersigned further certifies that I caused a copy of the following:

**NOTICE OF BANKRUPTCY AUTOMATIC STAY**

to be served this date upon the party(ies) in this action by placing a true copy thereof in a sealed envelope, and served as follows:

_X___    **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

____    **PERSONAL SERVICE (BY MESSENGER/HAND DELIVERED)**

____    **FACSIMILE (FAX)** No.: _____

to the parties addressed as follows:

SEE ATTACHED LIST

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on **December 21, 2007** at San Francisco, California.

                                                  /s/ Kathy Tat
                                                  **KATHY TAT**
                                                  **Legal Assistant**

# SERVICE LIST

Myles A. Hoover
1368 Calistoga Road
Santa Rosa, California.

Dolores A. Hoover
1368 Calistoga Road
Santa Rosa, California 95409

Dolores A. Hoover & Myles A. Hoover
dba Arctic Refrigeration Co.
1368 Calistoga Road
Santa Rosa, California 95409

Trustee for the Merrill F. Whitlatch & Dorothy E. Whitlatch 1991 Trust
c/o Alliance Title Company, Inc.
8060 Santa Teresa Blvd. 200
Gilroy, CA 95020

Agent for Service of Process:
C T Corporation System
818 West Seventh Street
Los Angeles, CA 90017

    Trustee for the Merrill F. Whitlatch & Dorothy E. Whitlatch 1991 Trust
    c/o Alliance Title Company, Inc.
    8060 Santa Teresa Blvd. 200
    Gilroy, CA 95020

    Trustee for the Carsin Whitlatch & Bernice A. Whitlatch Trust
    c/o Alliance Title Company, Inc.
    8060 Santa Teresa Blvd. 200
    Gilroy, CA 95020

    Allied Refrigeration Inc.
    2300 E. 28th Street
    Signal Hill, CA 90755

James Wilson
c/o C. Ingrid Larson
101 Sunnyside Drive
Downieville, CA 95931
State of California
Board of Equalization
Executive Director, Ramin Hirsig
450 N Street, MIC: 73
Sacramento, CA 94279-0073

Western Pacific Distributors
1739 Sabre
Hayward, CA 94545

Agent for service of process:
John E. Palm
1739 Sabre
Hayward, CA 94545

Attorney of record:
Joseph M. Starita
736 Ferry Street
Martinez, CA 94553

State of California
Franchise Tax Board
FTB Legal Branch
Attn:   Chief Counsel John Davies
9646 Butterfield Way
Sacramento, CA 95827

State of California
Employment Development Department
Legal Department
Attn:   Legal, MIC: 58
800 Capital Mall
Sacramento, CA 95814

Shiloh Group LLC
930 Shiloh Blvd. Bldg # 44, Suite C
Windsor, CA 95492

**US v. Hoover, Notice of Bankruptcy Automatic Stay, Case No. 07-05759**

5

1  Agent for Service of Process:
2  Brian C. Carter
   169 Mason Street, Suite 300
3  Ukiah, CA 95482

4  Judgment Assigned for Collection to:
5  Palmer Systems Inc.
   555 South E. Street
6  Santa Rosa, CA 95404

7  Agent for Service of Process:
8  Dan Pfeifer
   85 Brookwood, #22
9  Santa Rosa, CA 95405

10
   Attorney of Record:
11 Lawrence W. McLaughlin
   P.O. Box 1769
12 Santa Rosa, CA 95402

13
   Attorney of Record:
14 Steven A. Booska
   250 Montgomery Street, Suite 720
15 San Francisco, CA 94104

16
   Sonoma County Treasurer
17 585 Fiscal Drive, Room 100F
   Santa Rosa, CA 95403
18

19

20

21

22

23

24

25

26

27

28

**US v. Hoover, Notice of Bankruptcy Automatic Stay, Case No. 07-05759**                6