# EXHIBIT A



TC0100W95: Main — Current Secured — Jan 10, 2008 12:49 pm

Assessment: 030-270-010-000
Year: 2007
As of Date: Thu 01/10/2008
Owner: HOOVER MYLES A & DOLORES A

Desc:
Situs1: 1368 CALISTOGA RD
Situs2: SANTA ROSA, CA

Fee Parcel: 030-270-010-000
Orig Asmt: 030-270-010-000
Supplemental Count
Rate: A00 - 0.000  rate - ( 0% )

Taxes:

| | 1 LATE | 2 DUE | Total |
|---|---|---|---|
| Date | 12/10/2007 | 04/10/2008 | |
| Total Due | $2,804.92 | $2,549.93 | $5,354.85 |
| Total Paid | $0.00 | $0.00 | $0.00 |
| Balance | $2,804.92 | $2,549.93 | $5,354.85 |

Address: 1368 CALISTOGA RD / SANTA ROSA CA 95409-2535
DBA: ARTIC REFRIGERATION
Cortac:
Loan #:
Name:
Phone:
Lender #:

Status: C
Bill Type: SP
Taxability: 001
Roll Type: S

TRA: 148-002
Event Dt:
Printed Dt: 09/06/2007
Acres: 0.59

Prior Years in DEFAULT DEF03000583

Tabs: Asmt | Owners | Values | Tax Codes | Taxes | Part Pays | Coll. Refunds | R/C Refunds | Supl Index
ROLL CHANGES | BANKRUPTCY | LIEN | FEES | ADD NOTE
Summary | Find

**TC0100v095: Main** — Current Secured — Jan 10, 2008 12:43 pm

Assessment: 030-270-010-000  Year: 2007  As of Date: Thru 01/10/2008  Owner: HOOVER MYLES A & DOLORES A

**Value Base:**

| | Rate | Value |
|---|---|---|
| 2-Land (no mineral rts) | 0 | |
| 3-Land/Impr (no min) | 0 | |
| 4-Land/Impr/PP (no min) | 0 | |
| 5-Land w/mineral rts | 0 | |
| 6-Land/Impr w/min | 0 | |
| 7-Net of all | 1.107 | 450,777 |
| Non-Tax Deductible | | $0.00 |

Asmt Roll Year: 2007

**Ownership**
- Event Date:
- Pro. Factor: 0  Pct.
- From: _____ Thru _____
- Days to Fiscal Year End: 0  Days

| | 1 | 2 | Total |
|---|---|---|---|
| Due Date | 12/10/2007 | 04/10/2008 | |
| Tax | $2,549.93 | $2,549.93 | $5,099.86 |
| Penalty | $254.99 | $254.99 | $254.99 |
| Cost | $0.00 | $20.00 | $0.00 |
| Fees | $0.00 | $0.00 | $0.00 |
| Delq. Pen. | $0.00 | $0.00 | $0.00 |
| Total Due | $2,804.92 | $2,549.93 | $5,354.85 |
| Amt Paid | $0.00 | $0.00 | $0.00 |
| Balance | $2,804.92 | $2,549.93 | $5,354.85 |
| Date Paid | | | |
| Trans. Date | | | |
| Collection # | | | |
| Carry over | $0.00 | | |

Pmt Info 1    Pmt Info 2    Is Carry over paid

Tabs: Asmt | Owners | Values | Tax Codes | Taxes | Part Pays | Coll. Refunds | R/C Refunds | Supl Index

Summary    Find

TC010W095: Default

| Fee Parcel | **030-2710-010-000** | As of | Thu 01/10/2008 | Default | Owner | HOOVER MYLES A & DOLORES A | Jan 10, 2008 12:50 pm |

| Default # | DEF03000583 | Default Date | 06/30/2003 | Default Amt | $5,069.94 |

**Payment Plan**

| Number | |
| Due Date | 04/10/2008 |
| Instl Due | |
| Annual Pmt | $7,627.15 |
| Pct Paid | 0 |
| Pmt Due | $0.00 |

| Total Tax + Pen + Costs | $26,699.40 |
| Redemption Penalty | $11,296.36 |
| Base Redemption Amt | $37,995.76 |
| Redemption Fee | $15.00 |
| Redemption Amount | $39,010.76 |
| Pay Plan Interest | $0.00 |
| Other Fees | $0.00 |
| Total | $38,010.76 |
| Default Credit | $0.00 |
| Payments | $0.00 |
| Balance | $38,010.76 |

**Collection**
| Redeemed | |
| Number | |
| Posted | |

**Redemption Schedule**

| July | |
| August | |
| September | |
| October | |
| November | |
| December | $37,647.97 |
| January | $38,010.76 |
| February | $38,373.55 |
| March | $38,736.34 |
| April | $39,099.13 |
| May | $39,461.92 |
| Jun | $39,824.71 |

Tabs: Summary | Fees | Taxes | PayPlan | PayPlan - Prior Years

PMT INFO | DEEDED | RECISION | BANKRUPTCY | ROLL CHANGES | ADD NOTE | Find

TC0100v095: Default
Default
Jan 10, 2008 12:50 pm

| Fee Parcel | 030-270-010-000 | As of | Thu 01/10/2008 | Owner | HOOVER MYLES A & DOLORES A |
| --- | --- | --- | --- | --- | --- |
| Default # | DEF03000583 | | Default Date | 06/30/2003 | Default Amt |

| Asmt | Year | FiscYr | Paid | Taxes | Penalty | Cost | Red. Pen. | Total |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 030-270-010-000 | 2002 | 2003 | None | $4,595.40 | $459.54 | $15.00 | $3,791.21 | $8,861.15 |
| 030-270-010-000 | 2003 | 2004 | None | $4,968.18 | $496.80 | $20.00 | $3,204.48 | $8,689.46 |
| 030-270-010-000 | 2004 | 2005 | None | $5,485.22 | $548.52 | $20.00 | $2,550.63 | $8,604.37 |
| 030-270-010-000 | 2005 | 2006 | None | $4,392.50 | $439.24 | $20.00 | $1,251.86 | $6,103.60 |
| 030-270-010-000 | 2006 | 2007 | None | $4,744.56 | $474.44 | $20.00 | $498.18 | $5,737.18 |
| | | | | $24,185.86 | $2,418.54 | $95.00 | $11,296.36 | $37,995.76 |

Summary / Fees / Taxes / PayPlan / PayPlan - Prior Years

Find