```
1  JOSEPH RUSSONIELLO (CSBN 44332)
   United States Attorney
2  THOMAS MOORE (ASBN 4305-O78T)
   Assistant United States Attorney
3  Chief, Tax Division
   CYNTHIA STIER (DCBN 423256)
4  Assistant United States Attorney
    9th Floor Federal Building
5    450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102
6    Telephone: (415) 436-7000

7  Attorneys for the United States of America
```

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | No. 07-05759-PJH |
| Plaintiff, | |
| v. | |
| **MYLES A. HOOVER; DOLORES A. HOOVER; and MYLES A. HOOVER and DOLORES A. HOOVER d/b/a/ ARCTIC REFRIGERATION CO.; TRUSTEE FOR MERRILL F. WHITLATCH & DOROTHY E. WHITLATCH 1991 TRUST; TRUSTEE FOR THE CARSIN WHITLATCH & BERNICE A. WHITLATCH TRUST; JAMES WILSON; STATE OF CALIFORNIA BOARD OF EQUALIZATION; WESTERN PACIFIC DISTRIBUTORS; STATE OF CALIFORNIA FRANCHISE TAX BOARD; STATE OF CALIFORNIA EMPLOYMENT DEVELOPMENT DEPARTMENT; SHILOH GROUP, LLC; PALMER SYSTEMS, INC.; ALLIED REFRIGERATION, INC., and SONOMA COUNTY TREASURER,** | **NOTICE OF BANKRUPTCY AUTOMATIC STAY** |
| Defendants. | |

The United States of America notifies the Court that Defendant Myles A. Hoover filed a voluntary bankruptcy petition with the United States Bankruptcy Court for the Northern District of California on December 4, 2007. The matter was assigned case number 07-11588.

1 The Bankruptcy Trustee has filed a Motion to Sell Real Property Free and Clear of Liens and Interests and Subject to Overbid, a copy of which is submitted herewith. The real property which is the subject of this action is the same property that is the subject of the Trustee's Motion to Sell Real Property Free and Clear of Liens and Interests and Subject to Overbid. Accordingly, this matter is stayed pursuant to 11 U.S.C. §362(a)(4). A proposed order is submitted herewith.

                                            Respectfully submitted,

                                            JOSEPH RUSSONIELLO
                                            United States Attorney

Date: March 4, 2008                       /s/ Cynthia Stier
                                            CYNTHIA STIER
                                            Assistant United States Attorney
                                            Tax Division