**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                                            )<br>         Plaintiff,                              )<br>                                                            )<br>         v.                                           )<br>                                                            )<br>MYLES A. HOOVER; DOLORES A.    )<br>HOOVER; and MYLES A. HOOVER and )<br>DOLORES A. HOOVER d/b/a/ ARCTIC )<br>REFRIGERATION CO.; TRUSTEE FOR )<br>MERRILL F. WHITLATCH & DOROTHY )<br>E. WHITLATCH 1991 TRUST; TRUSTEE )<br>FOR THE CARSIN WHITLATCH &     )<br>BERNICE A. WHITLATCH TRUST;       )<br>JAMES WILSON; STATE OF CALIFORNIA )<br>BOARD OF EQUALIZATION; WESTERN )<br>PACIFIC DISTRIBUTORS; STATE OF     )<br>CALIFORNIA FRANCHISE TAX BOARD; )<br>STATE OF CALIFORNIA EMPLOYMENT )<br>DEVELOPMENT DEPARTMENT; SHILOH )<br>GROUP, LLC; PALMER SYSTEMS, INC.; )<br>ALLIED REFRIGERATION, INC., and      )<br>SONOMA COUNTY TREASURER,         )<br>                                                            )<br>         Defendants.                         )<br>_____ ) | No. 07-05759-PJH<br><br>[~~PROPOSED~~] ORDER TO STAY ACTION |

By Notice filed on December 21, 2007, the United States notified this Court that Defendant Myles Hoover filed a voluntary petition for relief under the United States Bankruptcy Code with the United States Bankruptcy Court for the Northern District of California on December 4, 2007.  The matter was assigned case number 07-11588.

1   The Court having reviewed the pleadings, and good cause appearing therefor,

2   **IT IS HEREBY ORDERED** that this action is stayed pursuant to Section 362(a)(4) of

3   the United States Bankruptcy Code (11 U.S.C.) as this action seeks to enforce federal tax liens

4   against real property of the bankruptcy estate of the Defendant, Myles A. Hoover.

6   Dated   3/5/08



PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE

**US v. Hoover, [Proposed]
Order to Stay Action,
Case No. 07-05759-PJH**             2